UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA STORY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AIRCRAFT SERVICES INTERNATIONAL, INC., *et al.*,<br><br>　　　　Defendant. | Case No. 2:25-cv-00934-APG-EJY<br><br>**Order** |

Pursuant to the Court's Early Neutral Evaluation ("ENE") Program as outlined in Local Rule 16-6, this case was assigned to the undersigned to conduct an ENE. Docket No. 3. On June 2, 2025, Plaintiff filed a notice stating that this case is subject to arbitration. Docket No. 6 at 1. Accordingly, the case is exempt from an ENE. *See* Local Rule 16-6(c). The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the case and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: June 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge