**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Kayla Story*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAYLA STORY, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> AIRCRAFT SERVICES INTERNATIONAL, INC., a foreign corporation; MENZIES AVIATION (USA) INC., a foreign corporation; and AIR MENZIES INTERNATIONAL (USA) INC., a foreign corporation; <br><br> Defendants. | CASE NO:  2:25-cv-00934-APG-EJY <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Kayla Story ("Plaintiff") and Defendants Aircraft Services International, Inc.; Menzies Aviation (USA) Inc.; and Air Menzies International (USA) Inc. (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.     On August 13, 2025, the Court entered a Joint Stipulation and Order to Stay Case Pending Arbitration (ECF No. 19), staying this action pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and compelling Plaintiff to submit her claims to arbitration pursuant to an arbitration agreement entered into on June 20, 2023.

2.     Plaintiff thereafter proceeded with her claims in arbitration consistent with the Court's Order.

3.     The Parties have fully resolved all claims and disputes asserted in this action and in the related arbitration.

4.     The Parties reached resolution on December 17, 2025.

5.     In light of the resolution, the Parties stipulate and jointly request that this action be dismissed

with prejudice, with each party to bear its own attorneys' fees and costs, unless otherwise explicitly agreed to by the Parties.

Accordingly, the Parties respectfully request that the Court enter the Order below.

DATED this 16th day of January 2026.          DATED this 16th day of January 2026.

**LAGOMARSINO LAW**                            **FOLEY & LARDNER LLP**

/s/ Taylor N. Jorgensen                        /s/ Christopher G. Ward
ANDRE M. LAGOMARSINO, ESQ. (#6711)             Chrsitopher G. Ward, Esq.
TAYLOR N. JORGENSEN, ESQ. (#16259)             CWard@foley.com
3005 W. Horizon Ridge Pkwy., #241              321 N. Clark St. Suite 3000
Henderson, Nevada 89052                        Chicago, IL 60654
Telephone: (702) 383-2864                      Telephone: (312) 832-4364
Facsimile: (702) 383-0065                      *Attorney for Defendants*
*Attorneys for Plaintiff Kayla Story*

**IT IS HEREBY ORDERED THAT:**

1.    The above-captioned action is DISMISSED WITH PREJUDICE.

2.    Each party shall bear its own attorneys' fees and costs, except as otherwise explicitly agreed to by the Parties.

3.    The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 20, 2026_____

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Las Vegas, Nevada 89052
Telephone: (702) 383-2864   Facsimile: (702) 383-0065